RENDERED: APRIL 30, 2021; 10:00 A.M.
NOT TO BE PUBLISHED

# Commonwealth of Kentucky

# Court of Appeals

NO. 2019-CA-1736-MR

LARRY J. CHRISTAIN                                                                     APPELLANT


|       | APPEAL FROM PIKE CIRCUIT COURT |
| v.    | HONORABLE STEVEN D. COMBS, JUDGE |
|       | ACTION NO. 19-CI-00682 |


APPALACHIAN REGIONAL
HEALTHCARE, INC.                                                                        APPELLEE


OPINION
AFFIRMING

** ** ** ** **

BEFORE: ACREE, DIXON, AND MCNEILL, JUDGES.

ACREE, JUDGE: Larry J. Christain appeals the Pike Circuit Court's order dismissing his medical negligence claim against Appalachian Regional Healthcare, Inc., because he failed to initiate the action within the statutory limitations period. For the following reasons, we affirm.

Never have jurists on this Court seen a brief less compliant with CR[1] 76.12 than that filed by Christain. We could dismiss this appeal summarily for that reason alone, but we will not. The case is easily affirmed for substantive reasons.

By his own averment in the complaint, Christain was the victim of events occurring on July 7, 2017. He filed his complaint on June 28, 2019. The limitations period for such a cause of action is one (1) year. KRS[2] 413.140(1)(e).

We affirm.

ALL CONCUR.

| BRIEFS FOR APPELLANT: | BRIEF FOR APPELLEE: |
|---|---|
| Larry Christain, *pro se* <br> Williamson, West Virginia | Gene Smallwood, Jr. <br> Nathaniel R. Kissel <br> Whitesburg, Kentucky |

---

[1] Kentucky Rules of Civil Procedure.

[2] Kentucky Revised Statutes.